IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO H. WOOTEN,

      Plaintiff,                                    CV F 04 6225 OWW  WMW  P

  vs.                                                        ORDER

 AGUILAR, et al.,

      Defendants.


      On May 17, 2005, findings and recommendations were entered, recommending dismissal of this action for plaintiff's failure to submit a completed application to proceed in forma pauperis.  Plaintiff has filed objections.  Plaintiff indicates that he needs law library access, and requests certain items - legal paper, manila envelopes, etc.

      Plaintiff is advised that no legal research is necessary to comply with the court's order directing him to submit a completed application to proceed in forma pauperis.  The court will provide plaintiff with an additional form.  There are no legal issues involved.  The only requirement of plaintiff at this point in the litigation is to complete and submit a form.  The court will provide plaintiff with an additional form, as well as grant plaintiff an extension of time in which to comply.

      Accordingly, IT IS HEREBY ORDERED t hat:

      1.  The May 17, 2005, recommendation of dismissal is vacated.

1

1          2.  The Clerk is directed to send to plaintiff the form for application to proceed in

2    forma pauperis.

3          3.  Plaintiff is granted an extension of time of thirty days from the date of service

4    of this order in which to submit a completed application to proceed in forma pauperis.

5

6

7

8

9

10   IT IS SO ORDERED.

11   **Dated:     July 1, 2005**              _____/s/  **William M. Wunderlich**_____
     mmkd34                                   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26