IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO H. WOOTEN,

    Plaintiff,           CV F 04 6225 OWW WMW P

   vs.                      ORDER

C/O AGUILAR, et al.,

    Defendants.

      On August 15, 2007, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint in accordance with the July 9, 2007, order dismissing the original complaint with leave to amend. On August 23, 2007, the recommendation of dismissal was returned to the court as undeliverable. On September 17, 2007, Plaintiff filed a notice of change of address, indicating his incarceration at the Sacramento

1

County Jail.

Accordingly, IT IS HEREBY ORDERED that:

1. The August 15, 2007, recommendation of dismissal is vacated.

2. The Clerk's Office shall send to Plaintiff a copy of the July 9, 2007, order.

3. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint in compliance with the July 9, 2007, order. IT IS SO ORDERED.

**Dated:** October 2, 2007        /s/  **William M. Wunderlich**
                                  UNITED STATES MAGISTRATE JUDGE